# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:08-mj-00056-SSC**
**USA v. Smallwood**
**Honorable Susan S. Cole**

Minute Sheet for proceedings held In Open Court on 11/18/2008.

TIME COURT COMMENCED: 3:21 P.M.
TIME COURT CONCLUDED: 3:34 P.M.
TIME IN COURT: 00:13

TAPE NUMBER: SSC-08-03-001-551
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Billi Jo Smallwood Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephanie Gabay-Smith representing USA<br>** Jimmy Hardy |
| PROCEEDING CATEGORY: | Initial Appearance; |
| PLEADINGS FILED IN COURT: | Waiver of Rule 40 Proceedings as to identity only |
| MINUTE TEXT: | Indictment is unsealed pursuant to the arrest of the defendant. Initial Appearance held; AFPD Jimmy Hardy & Natasha Perdew-Silas appointed; Deft waives the R40 proceedings as to the identity portion of the hearing only; deft requests that the detention hearing be held in this district; Detention hearing set for Friday, November 21, 2008 @ 1:30 PM. |